AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE WHERE HE FAILED TO OBJECT TO THE CORT'S DECISION TO IMPOSE RESTITUTION AS A CONDICTION OF THE DEFEN-DANT'S SUPERVISED RELEASE.

Supporting FACTS (state *briefly* without citing cases or law) RESTITUTION IN THIS CASE, WAS MADE A CONDITION OF THE DEFENDANT'S SUPERVISED RELEASE BY COURT ORDER. THE COURT, REALIZING THAT ITS DECISION WAS NOT GOVERNED BY ANY EXPLICIT STATUTORY COMMAND, GROUNDED ITS DECISION SOLELY ON THE SENTENCING GUIDE-LINES MANDATE THAT: ACOURT "SHALL" ENTER A RESTITION ORDER AS AUTHORIZED UNDER 18 U.S.C. §§ 3663 and 3664. BECAUSE THE COURT ACTED PRIOR TO THE ADVENT OF BOOKER, IT BELIEVED THAT THE GUIDELINES MANDATED THE IMPOSITION OF RESTITUTION, WHICH WAS IMPOSED ON THE CONDITION OF SUPREVISED RELEASE. ALLOWING THE ILLEGAL IMPOSITION OF RESTITUTION TO STAND UPON SUCH INVALID GROUNDS WOULD VIOLATE DUE PROCESS OF LAW AND WOULD ALSO CONSTITUTS A COM-PLETE MISCARRIAGE OF JUSTICE.

B. Ground two: COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE WHERE HE FAILED TO OB-JECT TO THE AMOUNT OF RESTITUTION IMPOSED AND ITS FAILURE TO BREAKDOWN THE JOINT AND/OR THE SEVERED PAYMENTS BY EACH DEFENDANT AND OTHER FINDINGS.

Supporting FACTS (state *briefly* without citing cases or law): IN ITS DETERMINATION OF WHETHER TO ORDER RESTITUTION UNDER 18 U.S.S. § 3663, AND THE AMOUNT OF RESTITUTION, THE COURT SHALL CONSIDER THE AMOUNT OF THE LOSS SUSTAINED BY ANY VICTUM AS A RESULT OF THE OFFENSE, THE FINANCIAL RESOURCES OF THE DEFENDANT AND HIS DEPENDENTS, AND, SUCH OTHER FACTORS AS THE COURT DEEMS APPROPRIATE. THE STATUTE MANDATES THAT THE COURT CONSIDER CERTAIN FACTORS IN DETERMINING WHETHER OR NOT TO EXERCISE ITS DISCRETION TO ORDER RESTITUTION PURSUANT TO TITLE 18 U.S.C. § 3663(a)(1). CLEARLY, COUNSEL SHOULD HAVE REQUESTED OF THE COURT TO MAKE SPECIFIC FACTUAL FINDINGS AS TO THE DEFENDANT'S ABILITY TO PAY RESTITUTION IN THE FIRST INSTANCE. THE DEFENDANT WAS, IN FACT, DE-PRIVED OF HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL.

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

AO 243 (Rev. 5/85)

D.  Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:  THE DEFENDANT IS UNTRAINED IN LAW AND HE

HAVE NO PREVIOUS TRAINING AT PERFORMING LEGAL RESEARCH, AND THEREFORE, HE PLACED ALL

OF HIS TRUST AND CONFIDENCE IN HIS LAWYER TO PRESERVE AND PROTECT EACH OF HIS CON-

STITUTIONAL RIGHTS, OF WHICH, HE FAILED TO DO, AS SUCH, THE DEFENDANT NOW RAISE THE

INSTANT CLAIMS IN  THIS SECTION 2255 MOTION.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  JOHN T. GORMAN, ESQUIRE, 400 route 8, SUITE  501, MONGMONG,

GUAM-96910.

(b) At arraignment and plea _____ SAME _____

"

(c) At trial _____ SAME _____

"

(d) At sentencing _____ SAME _____

"

; AO 243 (Rev. 5/85)

(e) On appeal _____ N/A _____

_____ " _____

(f) In any post-conviction proceeding _____ N/A _____

_____ " _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ N/A _____

_____ " _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: N/A _____

_____ " _____

_____ " _____

(b) Give date and length of the above sentence: _____ N/A _____

_____ " _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐
N/A        N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____ **PRO SE** _____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

**JANUARY 11TH, 2006**
              (date)



_____
Signature of Movant

F I L E D
Clerk
District Court

FEB 2 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW K. QUIAMBAO<br><br>Defendant. | Case No. CR-04-0002-002<br>CV-05-0027 06-0004<br><br>ORDER DENYING DEFENDANT<br>QUIAMBAO'S MOTION<br>UNDER 28 U.S.C. §2255 |

**THIS MATTER** came before the court on *pro se* defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Defendant articulated two grounds for his motion: (1) the court imposed restitution based on the mandatory nature of the sentencing guidelines in violation of *United States v. Booker*, 543 U.S. 220 (Jan. 12, 2005); and (2) legal counsel was constitutionally ineffective because he failed to object to the amount of restitution imposed, failed to move the court to break down the joint and several payments of each defendant, and failed to move the court to consider the 18 U.S.C. § 3663 factors to determine defendant's ability to pay restitution.

The motion was placed in the prison's internal mail system on January 12, 2006. Accordingly, on its face, defendant's first ground seems timely under 28 U.S.C. § 2255 (3) because it was filed within one year from the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (Jan. 12, 2005). *See* 28 U.S.C. § 2255 (3) (One year statute of limitations runs from "the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review[.]"). However, upon further inspection, the court finds defendant's first ground untimely and unpersuasive because the precedent set in *Booker* does not apply. The plea that defendant Quiambao

A TRUE COPY
Certified this ____8th____ day of ____June____ 20 __07__
(Deputy Clerk)

agreed to required defendant to "make restitution to Choice Radio, Inc. D/b/a 'iConnect,' and the United States Government in an amount to be specified by the Court in accordance with 18 U.S.C. §§ 3663, 3663A, and 3664." Plea Agreement, No. 22 (Mar. 26, 2004). Therefore, the mandatory nature of the Sentencing Guidelines did not affect the court's decision to require defendant Quiambao to make restitution. Accordingly, because the new precedent in *Booker* does not apply, defendant's first ground is untimely and rejected.

Furthermore, Defendant's second ground is untimely. All of defendant's grievances over ineffective counsel relate to events that fall under 28 U.S.C. § 2255(1) (One year statute of limitations runs from "the date on which the judgment of conviction becomes final[.]). The judgment of conviction, however, became final in 2004.

**ACCORDINGLY, THE COURT**, having considered defendant's first motion under § 2255, **DENYS** defendants' motion as untimely.

**DATED** this 23rd day of February, 2006.

_____
ALEX R. MUNSON
Judge

2

F I L E D
Clerk
District Court

MAR 3 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>            RESPONDENT,         )<br>                               )<br>                               )<br> -VS-                          )<br>                               )<br>                               )<br> ANDREW K. QUIAMBAO,           )<br>                               )<br>            DEFENDANT.         )<br> _____/ | DISTRICT CASE NO:CR-04-0002-002;<br><br>APPELLATE CASE NO:06-0004<br><br>THE DEFENDANT'S NOTICE OF APPEAL<br>AND HIS REQUEST TO PROCEED ON<br>APPEAL IN FORMA PAUPERIUS |

**COMES NOW,** Andrew k. Quiambao,    , The Defendant/Petitioner, in **PRO SE,** and hereby respectfully submit his notice of appeal from the District Court's denial of his motion under § 2255, and his request of this Honorable Court to permit him to proceed ob appeal in forma pauperius. The Defendant swears under penalty of perjury, pursuant to Title 28 U.S.C. § 1746, that he provided an exact copy of this motion to the opposing party, e;g, the assistant United States Attorney for this judicial district.

**DATED: MARCH 15TH, 2006.**

                                    Respectfully submitted,

                                    Andrew K. Quiambao #02426-093
                                    F.C.I. Lompoc Low-K-Unit
                                    3600 Guard Road
                                    Lompoc, California-93436.

A TRUE COPY
Certified this ___ day of ___ ___ 20 __
By_____
        (Deputy Clerk)

# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE    **REV. 1/90**

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

U.S. OF AMERICA vs. A.K. QUIAMBAO

FOR THE U.S. DISTRICT COURT IN THE
NORTHERN MARIANA ISLANDS
AT
SAIPAN, MP-96950

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

ANDREW K. QUIAMBAO

DOCKET NUMBERS

CIVIL CASE NO:
CV-06-0004

District Court
CR-04-0002-002

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

CONSPIRACY TO COMMIT ARSON IN VIOLATION OF
TITLE 18 U.S.C. SECTION 844(n).

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☒ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☒ 2255 Petitioner
8 ☐ Material Witness
9 ☒ Other (Specify) __APPEAL__

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self Employed

Name and address of employer: __N/A__

IF YES, how much do you earn per month? S __N/A__

IF NO, give month and year of last employment
How much did you earn per month S __N/A__

If married is your Spouse employed? N/A ☐ Yes  N/A ☐ No

IF YES, how much does your Spouse earn per month S __N/A__

If a minor under age 21, what is your Parents or Guardian's approximate monthly income S __N/A__

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  S | 000.00 | N/A |
| | 000.00 | N/A |
| | 000.00 | N/A |

**CASH**

Have you any cash on hand or money in savings or checking account  ☐ Yes  ☒ No   IF YES, state total amount S __N/A__

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE VALUE AND S DESCRIBE IT | 000.00 | N/A |
| | 000.00 | N/A |
| | 000.00 | N/A |
| | 000.00 | N/A |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

NO. of Dependents

List persons you actually support and your relationship to them

N/A
"
"
"

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| N/A | N/A | S 000.00 | S 000.00 |
| " | " | S " | S " |
| " | " | S " | S " |
| " | " | S " | S " |

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

I certify the above to be correct.

▶ [signature]

3/21/2006

**WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT OR BOTH.**

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 92126605 | Current Institution: | Lompoc FCI |
| Inmate Name: | QULANBAO, ANDREW | Housing Unit: | B |
| Report Date: | 03/22/2006 | Living Quarters: | K03-009L |
| Report Time: | 11:30:50 AM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8949 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 7/13/2004 |
| Local Account Activation Date: | 7/14/2004 4:12:30 AM |
| | |
| Sort Codes: | |
| Last Account Update: | 3/21/2006 6:30:36 PM |
| Account Status: | Active |
| Phone Balance: | $2.13 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $35.10 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $35.10 |
| National 6 Months Deposits: | $564.77 |
| National 6 Months Withdrawals: | $547.72 |
| National 6 Months Avg Daily Balance: | $26.48 |
| Local Max. Balance - Prev. 30 Days: | $52.10 |
| Average Balance - Prev. 30 Days: | $25.88 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $0.00 |
| Last Sales Date: | 8/17/2005 6:30:36 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $290.00 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

**List Name**      **List Type**  **Start Date**  **End Date**  **Userid**  **Active**

## Comments

**Comments:**

F I L E D
Clerk
District Court

APR 0 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANDREW K. QUIAMBAO, | Case No. CV-06-0004 |
| Applicant-Defendant, | CR-04-0002-002 |
| vs. | ORDER DENYING APPLICANT |
| UNITED STATES OF AMERICA, | QUIAMBAO'S MOTION |
| | FOR CERTIFICATE OF |
| Respondent-Plaintiff. | APPEALABILITY |

**THIS MATTER** came before the court on *pro se* applicant / defendant's notice of appeal filed on March 30, 2006. The Defendant's Notice of Appeal and His Request to Proceed on Appeal in Forma Pauperius, *Quiambao v. United States*, No. 3 (D. N. Mar. I. March 30, 2006). Although the form of the filing indicates that it is a notice, the court considers the substance of the filing to be a motion for the court to issue a certificate of appealability. Fed. R. App. P. 22(b)(1) ("If an applicant files a notice of appeal, the district judge who rendered the judgment must either issue a certificate of appealability or state why a certificate should not issue.").

**THE COURT**, having considered the facts and its Order Denying Defendant Quiambao's Motion Under 28 U.S.C. § 2255, *Quiambao v. United States*, No. 2 (D. N. Mar. I. Feb. 24, 2006), **DENIES** applicant Quiambao's motion for the court to issue a certificate of appealability. As explained in the court's order of February 26, 2006, applicant's / defendant's motion under 28 U.S.C. § 2255 on grounds that the precedent from *United States v. Booker*, 543 U.S. 220 (Jan. 12, 2005), applies and that applicant / defendant received ineffective assistance of counsel were untimely. Because applicant Quiambao has not made a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), issuing a certificate of appealability is not appropriate.

A TRUE COPY
Certified this _8th_ day of _June_ 20_07_
By_____
(Deputy Clerk)

1    **ACCORDINGLY**, the court, as required by Federal Rule of Appellate Procedure 22(b)(1),

2    will send this order, applicant's / defendant's notice of appeal, and the court file to the Court of

3    Appeals for the Ninth Circuit. "[A]pplicant [Quiambao] may request a circuit judge to issue the

4    certificate [of appealability]." Fed. R. App. P. 22(b)(1); *see* 28 U.S.C. § 2253(c)(1).

5    **DATED** this 3rd day of April, 2006.

6

7    _____

8    ALEX R. MUNSON

     Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1  **QUIAMBAO_A.stpgar**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorneys for United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN MARIANA ISLANDS

11

12 UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 04-00002
                                    )
            Plaintiff,              )
13                                  )
                                    )
14          vs.                     )    **STIPULATED MOTION FOR A**
                                    )    **WRIT OF CONTINUING**
   ANDREW K. QUIAMBAO,             )    **GARNISHMENT**
15                                  )
            Defendant,              )
16                                  )
   _____)
                                    )
17 JAC ENTERPRISES LLC              )
   dba SOUTHERN SKIES CHURROS,      )
18                                  )
            Garnishee.              )
19 _____)

20

21        WHEREAS Defendant, ANDREW K. QUIAMBAO, Social Security Number XXX-XX-

22 2101, has requested that wages paid to the judgment defendant, in the amount of $75.00 per pay

23 period ($150.00 per month) be made payable to the Clerk, U.S. District for the NMI for payment

24 toward his restitution that is due and owing;

25 //

26 //

A TRUE COPY
Certified this _8th_ day of _June_ 20 _07_
By_____
                            Clerk

1    Plaintiff, UNITED STATES OF AMERICA, and Defendant, ANDREW K.

2   QUIAMBAO, hereby jointly move the Court for an order of a writ of continuing garnishment on

3   the wages paid to the judgment defendant, in the amount of $75.00 per pay period ($150.00 per

4   month), until his restitution obligation is paid in full.

5        The parties further agree that this garnishment may thereafter be further modified and

6   amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a

7   new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order

8   for Continuing Garnishment.

9

10  Dated: ___5-31-07___

11                                      _____
                                         ANDREW K. QUIAMBAO
12                                       Defendant

13

14                                       LEONARDO M. RAPADAS
                                         United States Attorney
15                                       Districts of Guam and the NMI

16

17  Dated: __6/4/07__          By:       _____

18                                       MARIVIC P. DAVID
                                         Assistant U.S. Attorney
19

20  APPROVED:

21

22  F. MICHAEL CRUZ
    Chief Probation Officer
    Districts of Guam and the NMI
23

24

25  By: _____

26      ROBERT I. CARREON
        U.S. Probation Officer

F I L E D
Clerk
District Court

JUN - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   **QUIAMBAO_A.stpwrit**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MARIVIC P. DAVID
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910-5059
    TEL:  (671) 472-7332
6   FAX:  (671) 472-7215

7   Attorneys for United States of America

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN MARIANA ISLANDS

11

12  UNITED STATES OF AMERICA,        )      CRIMINAL CASE NO. 04-00002
                                     )
13              Plaintiff,           )
                                     )
14         vs.                       )      **WRIT OF CONTINUING**
                                     )      **GARNISHMENT**
15  ANDREW K. QUIAMBAO,              )
                                     )
16              Defendant,           )
    _____)
17                                   )
    JAC ENTERPRISES, LLC             )
18  dba SOUTHERN SKIES CHURROS,      )
                                     )
19                                   )
                Garnishee.           )
20  _____)

21

22         Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing

23  Garnishment on Defendant, ANDREW K. QUIAMBAO's wages in the amount of $75.00 per

24  pay period ($150.00 per month);

25  //

26  //

27  //

A TRUE COPY

Certified this _8th_ day of _June_ 20_07_

By_____

1    IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on

2    wages in the amount of $75.00 per pay period ($150.00 per month) of ANDREW K.

3    QUIAMBAO, Social Security Number XXX-XX-2101, until further notice.

4    Checks should be made payable to:

5    **CLERK, U.S. DISTRICT COURT FOR THE NMI**

6    and mailed to:

7    U.S. District Court for the Northern Mariana Islands
     2nd Floor, Horiguchi Building, Garapan
8    P.O. Box 500687
     Saipan, MP 96950
9

10   with a reference to court number **CR 04-00002** to ensure his account is properly credited.

11   DATED this ___5th___ day of ___June___, 2007.

12

13

14                                      _Alex R. Munson_
                                        ALEX R. MUNSON
15                                      Chief Judge
                                        District Court for the
16                                          Northern Mariana Islands

17

18

19

20

21

22

23

24

25

26

27

- 2 -

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00002-002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **TRANSFER OF JURISDICTION** |
| vs. | ) | |
| | ) | |
| ANDREW K. QUIAMBAO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Andrew K. Quiambao was sentenced in the U.S. District Court, District of the Northern Mariana Islands, on July 1, 2004 for Conspiracy to Commit Arson, in violation of 18 U.S.C. § 844(n). He was ordered to serve 37 months imprisonment and three years supervised release with conditions that he comply with the mandatory and standard conditions of supervised release; not possess a firearm or dangerous weapon; participate in a drug treatment and testing program approved by the U.S. Probation Office; perform 200 hours of community service; pay $567,396.54 restitution; and pay a $100 special assessment fee. Upon release from imprisonment on December 29, 2006, Mr. Quiambao was released to the District of Guam to serve his supervised release term.

Since the start of supervision on December 29, 2006, this Officer has worked closely with Mr. Quiambao to ensure compliance with all court-ordered conditions. He has made marginal progress to date, however, he has been less than cooperative with regard to payment of restitution. Specifically, Mr. Quiambao has refused to make monthly restitution payments of $200 per month, which is the amount this Officer has determined to be his ability pay. In addition, he has not submitted financial documents to this Officer as requested to support his claim of his inability to pay.

**Supervision Compliance:** Mr. Quiambao paid the $100 special assessment fee on January 22, 2005. While in custody, he paid $571.82 towards restitution. Since the start of supervision, Mr. Quiambao has paid $180 towards restitution. He has obtained employment as a courier and has agreed for his wages to be garnished at $150 per month. Garnishment should begin on June 2007. Mr. Quiambao has attended all drug treatment and testing appointments and has maintained adequate compliance. He has submitted all monthly supervision reports as required.

**Recommendation:**  In order to promptly address the restitution issues presenting, this Officer respectfully requests the transfer of jurisdiction to the U.S. District Court of Guam.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:

ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     File

APPEAL, CLOSED

# U.S. District Court
# Northern Mariana Islands (NMI)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-00002-ALL
# Internal Use Only

Case title: United States of America v. Leon Guerrero    Date Filed: 02/25/2004

Assigned to: U.S. District Judge Alex
R. Munson

**Defendant**

**Marvin Leon Guerrero** (1)          represented by  **Joaquin Dlg. Torres**
Torres Brothers, LLC, Attorneys-at-
Law
P. O. Box 501856
Saipan, MP 96950
(670) 233-5506
Fax: (670) 233-5510
Email: torres_jack@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO COMMIT ARSON (1) | Count 1, 60 Month(s) Prison. Count 2 Dismissed or Govt Mot for Acq GRANTED. Count 3 Dismissed or Govt Mot for Acq GRANTED. Count 4 Dismissed or Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 60 Month(s) Prison; Restitution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| | Count 1, 60 Month(s) Prison. Count 2 Dismissed or Govt Mot for Acq GRANTED. Count 3 Dismissed or |

A TRUE COPY
Certified this 8th day of June 20 07
By_____
(Deputy Clerk )

| | |
|---|---|
| ARSON: ATTEMPTED DESTRUCTION OF INTERSTATE COMMERCE FACILITY (2) | Govt Mot for Acq GRANTED. Count 4 Dismissed or Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 60 Month(s) Prison; Res titution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |
| ARSON: DESTRUCTION OF INTERSTATE COMMERCE FACILITY (3) | Count 1, 60 Month(s) Prison. Count 2 Dismissed or Govt Mot for Acq GRANTED. Count 3 Dismissed or Govt Mot for Acq GRANTED. Count 4 Dismissed or Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 60 Month(s) Prison; Res titution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |
| ARSON: ATTEMPTED DESTRUCTION OF GOVERNMENT PROPERTY (4) | Count 1, 60 Month(s) Prison. Count 2 Dismissed or Govt Mot for Acq GRANTED. Count 3 Dismissed or Govt Mot for Acq GRANTED. Count 4 Dismissed or Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 60 Month(s) Prison; Res titution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |
| ARSON: DESTRUCTION OF GOVERNMENT PROPERTY (5) | Count 1, 60 Month(s) Prison. Count 2 Dismissed or Govt Mot for Acq GRANTED. Count 3 Dismissed or Govt Mot for Acq GRANTED. Count 4 Dismissed or Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 60 Month(s) Prison; Res titution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: U.S. District Judge Alex
R. Munson

## Defendant

**Andrew Quiambao** (2)
*TERMINATED: 06/08/2007*

represented by **John T. GORMAN**
Federal Public Defender, District of
Guam
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, GU 96910-
(671) 472-7112
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

## Pending Counts

CONSPIRACY TO COMMIT ARSON
(1)

## Disposition

Count 1, 37 Month(s) Prison. Count 2
Dismissed or Govt Mot for Acq
GRANTED. Count 3 Dismissed or
Govt Mot for Acq GRANTED. Count 4
Dismissed or Govt Mot for Acq
GRANTED. Count 5 Dismissed or
Govt Mot for Acq GRANTED.
[Summary: 37 Month(s) Prison; Res
titution: $567,393.54; Special
Assessment: $100.00; Supervised
Release: 36 Month(s)]

## Highest Offense Level (Opening)

Felony

## Terminated Counts

ARSON: ATTEMPTED
DESTRUCTION OF INTERSTATE
COMMERCE FACILITY
(2)

## Disposition

Count 1, 37 Month(s) Prison. Count 2
Dismissed or Govt Mot for Acq
GRANTED. Count 3 Dismissed or
Govt Mot for Acq GRANTED. Count 4
Dismissed or Govt Mot for Acq
GRANTED. Count 5 Dismissed or
Govt Mot for Acq GRANTED.
[Summary: 37 Month(s) Prison; Res
titution: $567,393.54; Special
Assessment: $100.00; Supervised
Release: 36 Month(s)]

Count 1, 37 Month(s) Prison. Count 2
Dismissed or Govt Mot for Acq
GRANTED. Count 3 Dismissed or

| | |
|---|---|
| ARSON: DESTRUCTION OF INTERSTATE COMMERCE FACILITY (3) | Govt Mot for Acq GRANTED. Count 4 Dismissed or Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 37 Month(s) Prison; Restitution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |
| ARSON: ATTEMPTED DESTRUCTION OF GOVERNMENT PROPERTY (4) | Count 1, 37 Month(s) Prison. Count 2 Dismissed or Govt Mot for Acq GRANTED. Count 3 Dismissed or Govt Mot for Acq GRANTED. Count 4 Dismissed or Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 37 Month(s) Prison; Restitution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |
| ARSON: DESTRUCTION OF GOVERNMENT PROPERTY (5) | Count 1, 37 Month(s) Prison. Count 2 Dismissed or Govt Mot for Acq GRANTED. Count 3 Dismissed or Govt Mot for Acq GRANTED. Count 4 Dismissed or Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 37 Month(s) Prison; Restitution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: U.S. District Judge Alex R. Munson

**Defendant**

| **John Peter Reyes Mendiola** (3) | represented by | **Joaqin, Jr. C Arriola** |
|---|---|---|
| | | 259 Martyr Street, Suite 201 |
| | | Hagatna, GU 96910- |
| | | (671) 477-9730 |
| | | Fax: (671) 477-9734 |
| | | *LEAD ATTORNEY* |

ATTORNEY TO BE NOTICED
Designation: Retained

**Pending Counts**                                    **Disposition**

                                                      Count 1, 37 Month(s) Prison, Credit for
                                                      Time Served. Count 2 Dismissed or
                                                      Govt Mot for Acq GRANTED. Count 3
                                                      Dismissed or Govt Mot for Acq
CONSPIRACY TO COMMIT ARSON                            GRANTED. Count 4 Dismissed or
(1)                                                   Govt Mot for Acq GRANTED. Count 5
                                                      Dismissed or Govt Mot for Acq
                                                      GRANTED. [Summary: 37 Month(s)
                                                      Prison; Restitution: $567,393.54;
                                                      Special Assessment: $100.00;
                                                      Supervised Release: 36 Month(s)]

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

                                                      Count 1, 37 Month(s) Prison, Credit for
                                                      Time Served. Count 2 Dismissed or
                                                      Govt Mot for Acq GRANTED. Count 3
ARSON: ATTEMPTED                                      Dismissed or Govt Mot for Acq
DESTRUCTION OF INTERSTATE                             GRANTED. Count 4 Dismissed or
COMMERCE FACILITY                                     Govt Mot for Acq GRANTED. Count 5
(2)                                                   Dismissed or Govt Mot for Acq
                                                      GRANTED. [Summary: 37 Month(s)
                                                      Prison; Restitution: $567,393.54;
                                                      Special Assessment: $100.00;
                                                      Supervised Release: 36 Month(s)]

                                                      Count 1, 37 Month(s) Prison, Credit for
                                                      Time Served. Count 2 Dismissed or
                                                      Govt Mot for Acq GRANTED. Count 3
ARSON: DESTRUCTION OF                                 Dismissed or Govt Mot for Acq
INTERSTATE COMMERCE                                   GRANTED. Count 4 Dismissed or
FACILITY                                              Govt Mot for Acq GRANTED. Count 5
(3)                                                   Dismissed or Govt Mot for Acq
                                                      GRANTED. [Summary: 37 Month(s)
                                                      Prison; Restitution: $567,393.54;
                                                      Special Assessment: $100.00;
                                                      Supervised Release: 36 Month(s)]

                                                      Count 1, 37 Month(s) Prison, Credit for
                                                      Time Served. Count 2 Dismissed or
                                                      Govt Mot for Acq GRANTED. Count 3
ARSON: ATTEMPTED                                      Dismissed or Govt Mot for Acq
DESTRUCTION OF GOVERNMENT                             GRANTED. Count 4 Dismissed or

| | |
|---|---|
| PROPERTY<br>(4) | Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 37 Month(s) Prison; Restitution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |
| ARSON: DESTRUCTION OF GOVERNMENT PROPERTY<br>(5) | Count 1, 37 Month(s) Prison, Credit for Time Served. Count 2 Dismissed or Govt Mot for Acq GRANTED. Count 3 Dismissed or Govt Mot for Acq GRANTED. Count 4 Dismissed or Govt Mot for Acq GRANTED. Count 5 Dismissed or Govt Mot for Acq GRANTED. [Summary: 37 Month(s) Prison; Restitution: $567,393.54; Special Assessment: $100.00; Supervised Release: 36 Month(s)] |

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**United States of America**

represented by  **Patrick J. Smith**
United States Attorney Office
Assistant US Attorney
P.O. Box 500377
Saipan, MP 96950-
670-236-2952
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marivic P. David**
United States Attorney's Office
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, GU 96910-
Email: Marivic.David@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2004 | 1 | INDICTMENT Filed by: GOVPTF United States Of America [MCM EOD 02/25/2004] (ORIGINAL GCMS ENTRY 1-1) (cnv) (Entered: |

| | | |
|---|---|---|
| | | 02/25/2004) |
| 02/25/2004 | 2 | MINUTE ENTRY 2:30 p.m. (CONVERTED TO PDF FOR CMECF CONVERSION 7/23/2005 5:55AM) (ORIGINAL GCMS ENTRY 2-1) (cnv) (Entered: 02/25/2004) |
| 02/25/2004 | 3 | ORDER Setting Trial Date (April 26, 2004); Applies to: DFT Marvin Leon Guerrero [KLL EOD 02/25/2004] (ORIGINAL GCMS ENTRY 3-1) (cnv) (Entered: 02/25/2004) |
| 02/27/2004 | 4 | NOTICE of posting security in accordance with release conditions; Filed by: DFT Marvin Leon Guerrero [MGM EOD 02/27/2004] (ORIGINAL GCMS ENTRY 4-1) (cnv) (Entered: 02/27/2004) |
| 02/27/2004 | 5 | DECLARATION of Joaquin DLG. Torres, Esq. in support of notice of posting security in accordance with release conditions; Filed by: DFT Marvin Leon Guerrero [MGM EOD 02/27/2004] (ORIGINAL GCMS ENTRY 5-1) (cnv) (Entered: 02/27/2004) |
| 03/03/2004 | 6 | NOTICE of Cancellation of Posting Security; [MCM EOD 03/03/2004] (ORIGINAL GCMS ENTRY 6-1) (cnv) (Entered: 03/03/2004) |
| 03/05/2004 | 7 | RETURN Of Summons In A Crim Case ; Applies to: DFT Quiambao, Andrew [KLL EOD 03/05/2004] (ORIGINAL GCMS ENTRY 7-1) (cnv) (Entered: 03/05/2004) |
| 03/05/2004 | 8 | RETURN Of Summons In A Crim Case ; Applies to: DFT Mendiola, John Peter Reyes [KLL EOD 03/05/2004] (ORIGINAL GCMS ENTRY 8-1) (cnv) (Entered: 03/05/2004) |
| 03/05/2004 | 9 | MINUTE ENTRY CR-04-00002-002, 003 March 5, 2004 (CONVERTED TO PDF FOR CMECF CONVERSION 7/23/2005 5:55AM) (ORIGINAL GCMS ENTRY 9-1) (cnv) (Entered: 03/05/2004) |
| 03/05/2004 | 10 | FINANCIAL Affdvt ; Applies to: DFT Quiambao, Andrew [KLL EOD 03/05/2004] (ORIGINAL GCMS ENTRY 10-1) (cnv) (Entered: 03/05/2004) |
| 03/05/2004 | 11 | ORDER Setting Conditions of Release; Applies to: DFT Mendiola, John Peter Reyes [KLL EOD 03/05/2004] (ORIGINAL GCMS ENTRY 11-1) (cnv) (Entered: 03/05/2004) |
| 03/05/2004 | 12 | APPEARANCE BOND Applies to: DFT Mendiola, John Peter Reyes [KLL EOD 03/05/2004] (ORIGINAL GCMS ENTRY 12-1) (cnv) (Entered: 03/05/2004) |
| 03/05/2004 | 13 | ORDER Setting Trial Date (Mendiola); Applies to: DFT Mendiola, John Peter Reyes [KLL EOD 03/05/2004] (ORIGINAL GCMS ENTRY 13-1) (cnv) (Entered: 03/05/2004) |
| 03/05/2004 | 14 | ORDER Setting Trial Date (Quiambao); Applies to: DFT Quiambao, Andrew [KLL EOD 03/05/2004] (ORIGINAL GCMS ENTRY 14-1) (cnv) (Entered: 03/05/2004) |
| 03/05/2004 | 15 | ORDER Setting Release Conditions; Applies to: DFT Quiambao, |

| | | |
|---|---|---|
| | | Andrew [KLL EOD 03/05/2004] (ORIGINAL GCMS ENTRY 15-1) (cnv) (Entered: 03/05/2004) |
| 03/05/2004 | 16 | APPEARANCE BOND Applies to: DFT Quiambao, Andrew [KLL EOD 03/05/2004] (ORIGINAL GCMS ENTRY 16-1) (cnv) (Entered: 03/05/2004) |
| 03/23/2004 | 17 | PLEA Agreement as to Defendant Marvin Leon Guerrero; Filed by: GOVPTF United States Of America [TTP EOD 03/23/2004] (ORIGINAL GCMS ENTRY 17-1) (cnv) (Entered: 03/23/2004) |
| 03/23/2004 | 18 | MINUTE ENTRY 2:30 p.m. (CONVERTED TO PDF FOR CMECF CONVERSION 7/23/2005 5:55AM) (ORIGINAL GCMS ENTRY 18-1) (cnv) (Entered: 03/23/2004) |
| 03/23/2004 | 19 | ORDER Setting Sentencing Date (June 29, 2004); Applies to: DFT Leon Guerrero, Marvin [KLL EOD 03/23/2004] (ORIGINAL GCMS ENTRY 19-1) (cnv) (Entered: 03/23/2004) |
| 03/25/2004 | 20 | APPLICATION and Order for Release of Passport as to Defendant John Peter Reyes Mendiola; [TTP EOD 03/25/2004] (ORIGINAL GCMS ENTRY 20-1) (cnv) (Entered: 03/25/2004) |
| 03/26/2004 | 21 | PLEA Agreement as to Defendant John Peter Reyes Mendiola; Filed by: GOVPTF United States Of America Applies to: DFT Mendiola, John Peter Reyes [TTP EOD 03/26/2004] (ORIGINAL GCMS ENTRY 21-1) (cnv) (Entered: 03/26/2004) |
| 03/26/2004 | 22 | PLEA Agreement as to Defendant Peter Quiambao ; Filed by: GOVPTF United States Of America Applies to: DFT Quiambao, Andrew [TTP EOD 03/26/2004] (ORIGINAL GCMS ENTRY 22-1) (cnv) (Entered: 03/26/2004) |
| 03/26/2004 | 23 | MINUTE ENTRY 10:40 a.m. (CONVERTED TO PDF FOR CMECF CONVERSION 7/23/2005 5:55AM) (ORIGINAL GCMS ENTRY 23-1) (cnv) (Entered: 03/26/2004) |
| 03/26/2004 | 24 | ORDER Setting Sentencing Date (June 29, 2004); Applies to: DFT Quiambao, Andrew [KLL EOD 03/26/2004] (ORIGINAL GCMS ENTRY 24-1) (cnv) (Entered: 03/26/2004) |
| 03/26/2004 | 25 | MINUTE ENTRY 10:10 a.m. (CONVERTED TO PDF FOR CMECF CONVERSION 7/23/2005 5:55AM) (ORIGINAL GCMS ENTRY 25-1) (cnv) (Entered: 03/26/2004) |
| 03/26/2004 | 26 | ORDER Setting Sentencing Date (July 9, 2004); Applies to: DFT Mendiola, John Peter Reyes [KLL EOD 03/26/2004] (ORIGINAL GCMS ENTRY 26-1) (cnv) (Entered: 03/26/2004) |
| 04/14/2004 | 27 | EX PARTE Motion Re Request for Temporary Transfer; Filed by: DFT Leon Guerrero, Marvin [TTP EOD 04/14/2004] (ORIGINAL GCMS ENTRY 27-1) (cnv) (Entered: 04/14/2004) |
| 04/14/2004 | 28 | DECLARATION Of Counsel in Support of Request for Temporary |

| | | |
|---|---|---|
| | | Transfer; Filed by: DFT Leon Guerrero, Marvin [TTP EOD 04/14/2004] (ORIGINAL GCMS ENTRY 28-1) (cnv) (Entered: 04/14/2004) |
| 04/14/2004 | 29 | ORDER Granting Motion for Temporary Transfer; [TTP EOD 04/14/2004] (ORIGINAL GCMS ENTRY 29-1) (cnv) (Entered: 04/14/2004) |
| 04/30/2004 | 30 | EX PARTE MOTION Re Request for Temporary Release; Filed by: DFT Leon Guerrero, Marvin [TTP EOD 04/30/2004] (ORIGINAL GCMS ENTRY 30-1) (cnv) (Entered: 04/30/2004) |
| 04/30/2004 | 31 | DECLARATION Of Counsel in Support of Request for Temporary Release; Filed by: DFT Leon Guerrero, Marvin [TTP EOD 04/30/2004] (ORIGINAL GCMS ENTRY 31-1) (cnv) (Entered: 04/30/2004) |
| 05/03/2004 | 32 | ORDER Granting Temporary Release (as to Defendant Marvin Leon Guerrero); [TTP EOD 05/03/2004] (ORIGINAL GCMS ENTRY 32-1) (cnv) (Entered: 05/03/2004) |
| 05/04/2004 | 33 | PETITION for Action on Conditions of Pretrial Release / Issue Summons for May 6, 2004 at 1:30 p.m.; [TTP EOD 05/04/2004] (ORIGINAL GCMS ENTRY 33-1) (cnv) (Entered: 05/04/2004) |
| 05/06/2004 | 34 | RETURN Of Summons In A Crim Case To: Andrew Kekoa Quiambao; Served on May 5, 2004; [TTP EOD 05/06/2004] (ORIGINAL GCMS ENTRY 34-1) (cnv) (Entered: 05/06/2004) |
| 05/06/2004 | 35 | MINUTE ENTRY 1:30 p.m. (CONVERTED TO PDF FOR CMECF CONVERSION 7/23/2005 5:55AM) (ORIGINAL GCMS ENTRY 35-1) (cnv) (Entered: 05/06/2004) |
| 05/07/2004 | 36 | RETURN of Service upon Marvin Leon Guerrero at DOC on April 24, 2004, 2004 "Order Granting Motion for Temporary Transfer"; [TTP EOD 05/07/2004] (ORIGINAL GCMS ENTRY 36-1) (cnv) (Entered: 05/07/2004) |
| 05/07/2004 | 37 | RETURN of Service upon Marvin Leon Guerrero at DOC on May 4, 2004 "Order Granting Temporary Release"; [TTP EOD 05/07/2004] (ORIGINAL GCMS ENTRY 37-1) (cnv) (Entered: 05/07/2004) |
| 05/11/2004 | 38 | NOTICE Rescheduling Sentencing Date as to Defendant Marvin Leon Guerrero (Rescheduled to Thursday, July 1, 2004 at 9:30 a.m.); [TTP EOD 05/11/2004] (ORIGINAL GCMS ENTRY 38-1) (cnv) (Entered: 05/11/2004) |
| 05/11/2004 | 39 | NOTICE Rescheduling Sentencing Date as to Defendant Andrew Quiambao (Rescheduled to Thursday, July 1, 2004 at 10:00 a.m.); [TTP EOD 05/11/2004] (ORIGINAL GCMS ENTRY 39-1) (cnv) (Entered: 05/11/2004) |
| 05/25/2004 | 40 | ORDER (Probation Officer's Request to Extend Time to File Pre-sentence Report Granted; Extended to May 27, 2004); [TTP EOD 05/25/2004] (ORIGINAL GCMS ENTRY 40-1) (cnv) (Entered: 05/25/2004) |

| 06/10/2004 | 41 | DEFENDANT'S Objections to Draft PSR; Filed by: DFT Mendiola, John Peter Reyes [TTP EOD 06/10/2004] (ORIGINAL GCMS ENTRY 41-1) (cnv) (Entered: 06/10/2004) |
|---|---|---|
| 06/22/2004 | 42 | RESPONSE to Presentence Report and Sentencing Memorandum; Certificate of Service; Filed by: DFT Quiambao, Andrew [TTP EOD 06/22/2004] (ORIGINAL GCMS ENTRY 42-1) (cnv) (Entered: 06/22/2004) |
| 06/23/2004 | 43 | NOTICE Rescheduling Sentencing (Sentencing Set for Friday, July 9, 2004 at 1:30 p.m. is Rescheduled to 8:30 a.m. on the Same Date); [TTP EOD 06/23/2004] (ORIGINAL GCMS ENTRY 43-1) (cnv) (Entered: 06/23/2004) |
| 06/24/2004 | 44 | SUPPLEMENTAL Sentencing Hearing Exhibit; Certificate of Service; Filed by: DFT Quiambao, Andrew [TTP EOD 06/24/2004] (ORIGINAL GCMS ENTRY 44-1) (cnv) (Entered: 06/24/2004) |
| 06/30/2004 | 45 | SUPPLEMENTAL Response to Presentence Report and Sentencing Memorandum; Certificate of Service; Filed by: DFT Quiambao, Andrew [TTP EOD 06/30/2004] (ORIGINAL GCMS ENTRY 45-1) (cnv) (Entered: 06/30/2004) |
| 06/30/2004 | 46 | GOVERNMENT'S Memorandum in Support of Downward Departure Motion Pursuant to U.S.S.G. 5K1.1 and 18 U.S.C. 1 3553(e); Filed by: GOVPTF United States Of America Applies to: DFT Quiambao, Andrew [TTP EOD 06/30/2004] (ORIGINAL GCMS ENTRY 46-1) (cnv) (Entered: 06/30/2004) |
| 07/01/2004 | 47 | MINUTE ENTRY 9:35 a.m. (CONVERTED TO PDF FOR CMECF CONVERSION 7/23/2005 5:55AM) (ORIGINAL GCMS ENTRY 47-1) (cnv) (Entered: 07/01/2004) |
| 07/01/2004 | 48 | JUDGMENT Applies to: DFT Quiambao, Andrew [KLL EOD 07/01/2004] (ORIGINAL GCMS ENTRY 48-1) (cnv) (Entered: 07/01/2004) |
| 07/01/2004 | 49 | MINUTE ENTRY 9:30 a.m. (CONVERTED TO PDF FOR CMECF CONVERSION 7/23/2005 5:55AM) (ORIGINAL GCMS ENTRY 49-1) (cnv) (Entered: 07/01/2004) |
| 07/01/2004 | 50 | JUDGMENT Applies to: DFT Leon Guerrero, Marvin [KLL EOD 07/01/2004] (ORIGINAL GCMS ENTRY 50-1) (cnv) (Entered: 07/01/2004) |
| 07/06/2004 | 51 | NOTICE Rescheduling Sentencing Time (Sentencing Set for Friday, July 9, 2004 at 8:30 a.m. is Rescheduled to 9:00 a.m. on the Same Date); [TTP EOD 07/06/2004] (ORIGINAL GCMS ENTRY 51-1) (cnv) (Entered: 07/06/2004) |
| 07/08/2004 | 52 | GOVERNMENT'S Memorandum in Support of Downward Departure Motion Pursuant to U.S.S.G. 5K1.1 and 18 U.S.C. 3553(e); Filed by: GOVPTF United States Of America Applies to: DFT Mendiola, John Peter Reyes [TTP EOD 07/08/2004] (ORIGINAL GCMS ENTRY 52-1) |

| | | |
|---|---|---|
| | | (cnv) (Entered: 07/08/2004) |
| 07/09/2004 | 53 | MINUTE ENTRY 9:10 a.m. (CONVERTED TO PDF FOR CMECF CONVERSION 7/23/2005 5:55AM) (ORIGINAL GCMS ENTRY 53-1) (cnv) (Entered: 07/09/2004) |
| 07/09/2004 | 54 | JUDGMENT in a Criminal Case; Applies to: DFT Mendiola, John Peter Reyes [TTP EOD 07/09/2004] (ORIGINAL GCMS ENTRY 54-1) (cnv) (Entered: 07/09/2004) |
| 08/11/2004 | 55 | NOTICE of Lien for Fine and /or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 (Serial No. 001) ($567,496.54); Filed by: GOVPTF United States Of America Applies to: DFT Leon Guerrero, Marvin [TTP EOD 08/11/2004] (ORIGINAL GCMS ENTRY 55-1) (cnv) (Entered: 08/11/2004) |
| 08/11/2004 | 56 | NOTICE of Lien for Fine and /or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 (Serial No. 002) ($567,496.54); Filed by: GOVPTF United States Of America [TTP EOD 08/11/2004] (ORIGINAL GCMS ENTRY 56-1) (cnv) (Entered: 08/11/2004) |
| 08/11/2004 | 57 | NOTICE of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 (Serial No. 001) ($567,496.54); Filed by: GOVPTF United States Of America Applies to: DFT Quiambao, Andrew [TTP EOD 08/11/2004] (ORIGINAL GCMS ENTRY 57-1) (cnv) (Entered: 08/11/2004) |
| 08/11/2004 | 58 | NOTICE of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 (Serial No. 002) ($567,496.54); Filed by: GOVPTF United States Of America Applies to: DFT Quiambao, Andrew [TTP EOD 08/11/2004] (ORIGINAL GCMS ENTRY 58-1) (cnv) (Entered: 08/11/2004) |
| 08/11/2004 | 59 | NOTICE of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 (Serial No. 001) ($567,496.54); Filed by: GOVPTF United States Of America Applies to: DFT Mendiola, John Peter Reyes [TTP EOD 08/11/2004] (ORIGINAL GCMS ENTRY 59-1) (cnv) (Entered: 08/11/2004) |
| 08/11/2004 | 60 | NOTICE of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 (Serial No. 002) ($567,496.54); Filed by: GOVPTF United States Of America [TTP EOD 08/11/2004] (ORIGINAL GCMS ENTRY 60-1) (cnv) (Entered: 08/11/2004) |
| 08/19/2004 | 61 | MOTION United States' Motion to Amend Judgment and Order; Filed by: GOVPTF United States Of America Applies to: DFT Leon Guerrero, Marvin [TTP EOD 08/19/2004] (ORIGINAL GCMS ENTRY 61-1) (cnv) (Entered: 08/19/2004) |
| 08/19/2004 | 62 | MOTION United States' Motion to Amend Judgment and Order; Filed by: GOVPTF United States Of America Applies to: DFT Quiambao, |

| | | |
|---|---|---|
| | | Andrew [TTP EOD 08/19/2004] (ORIGINAL GCMS ENTRY 62-1) (cnv) (Entered: 08/19/2004) |
| 08/19/2004 | 63 | AMENDED Judgment in a Criminal Case; Applies to: DFT Leon Guerrero, Marvin [TTP EOD 08/19/2004] (ORIGINAL GCMS ENTRY 63-1) (cnv) (Entered: 08/19/2004) |
| 08/19/2004 | 64 | AMENDED Judgment in a Criminal Case; Applies to: DFT Quiambao, Andrew [TTP EOD 08/19/2004] (ORIGINAL GCMS ENTRY 64-1) (cnv) (Entered: 08/19/2004) |
| 07/18/2005 | 65 | MOTION to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody; Applies to: DFT Leon Guerrero, Marvin [ACH EOD 07/18/2005] (ORIGINAL GCMS ENTRY 65-1) (cnv) (Entered: 07/18/2005) |
| 07/18/2005 | 66 | MEMORANDUM Of P & A in Support of Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody; Sworn Affidavit of Marvin Leon Guerrero; Applies to: DFT Leon Guerrero, Marvin [ACH EOD 07/18/2005] (ORIGINAL GCMS ENTRY 66-1) (cnv) (Entered: 07/18/2005) |
| 08/09/2005 | ❿67 | ORDER denying Defendant's First [65] 28 U.S.C. § Motion as to Marvin Leon Guerrero (1). Signed by Judge Alex R. Munson on 08/09/2005. (ACH, ) (Entered: 08/09/2005) |
| 01/25/2006 | ❿68 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action CV 06-0004.) by Andrew Quiambao. (ACH) (Entered: 01/25/2006) |
| 02/23/2006 | ❿69 | ORDER Denying Defendant Quiambao's 68 Motion Under 28 U.S.C. §2255. Signed by Judge Alex R. Munson on 2/23/06. (TPM) (Entered: 02/24/2006) |
| 03/30/2006 | ❿70 | The Defendant's NOTICE OF APPEAL and His Request to Proceed on Appeal In Forma Pauperius, re 69 Order on Motion to Vacate (2255), filed by Andrew Quiambao. (ACH) (Entered: 03/30/2006) |
| 04/03/2006 | ❿71 | ORDER Denying Applicant Quiambao's Motion for Certificate of Appealability re 70 Notice of Appeal. Signed by Judge Alex R. Munson on 4/3/2006. (TPM) (Entered: 04/03/2006) |
| 01/18/2007 | ❿72 | MOTION for Writ *of Continuing Garnishment* by United States of America as to John Peter Reyes Mendiola. (David, Marivic) (Entered: 01/18/2007) |
| 01/18/2007 | ❿73 | WRIT of Continuing Garnishment, as to John Peter Reyes Mendiola . Signed by Judge Alex R. Munson on 01/18/07. (ACH) (Entered: 01/18/2007) |
| 01/23/2007 | ❿74 | Certificate of Service by United States of America as to John Peter Reyes Mendiola re 73 Order, 72 MOTION for Writ *of Continuing Garnishment* (David, Marivic) (Entered: 01/23/2007) |
| 04/27/2007 | ❿75 | REPORT on Offender Under Supervision as to John Peter Reyes |

| | | |
|---|---|---|
| | | Mendiola. The Court Orders No Action. Signed by Judge Alex R. Munson. (TPM) (Entered: 04/27/2007) |
| 06/05/2007 | ❍76 | MOTION *Stipulated Motion for a Writ of Continuing Garnishment* by United States of America as to Andrew Quiambao. (David, Marivic) (Entered: 06/05/2007) |
| 06/05/2007 | ❍77 | WRIT of Continuing Garnishment as to Andrew Quiambao, Motions terminated as to Andrew Quiambao: 76 MOTION *Stipulated Motion for a Writ of Continuing Garnishment* filed by United States of America. Signed by Judge Alex R. Munson on 6/5/07. (ACH) (Entered: 06/05/2007) |
| 06/08/2007 | ❍78 | Transfer of Jurisdiction as to Andrew Quiambao, to the District of Guam. (ACH) (Entered: 06/08/2007) |