ORIGINAL

QUIAMBAO_A.stpgar2

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 12 2008 

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00060 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |
| ANDREW K. QUIAMBAO, ) | |
| Defendant, ) | |
| HORIZON PROPERTIES INC., ) | |
| Garnishee. ) | |

WHEREAS Defendant, ANDREW K. QUIAMBAO, Social Security Number XXX-XX-2101, has requested that wages paid to the judgment defendant, in the amount of $75.00 per pay period be made payable to the Clerk, U.S. District Court for the Northern Mariana Islands for payment toward his restitution in U.S. vs. Quiambao, CR 04-00002 that is due and owing;

//

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, ANDREW K. QUIAMBAO, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $75.00 per pay period, until his restitution obligation in U.S. vs. Quiambao, CR 04-00002 is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 02-08-08

ANDREW K. QUIAMBAO
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 2-11-08    By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney

APPROVED:

ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
Districts of Guam and the NMI

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

- 2 -