**QUIAMBAO_A.stpwrit2**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00060 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| ANDREW K. QUIAMBAO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| HORIZON PROPERTIES INC., ) | |
| ) | |
| Garnishee. ) | |

    Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, ANDREW K. QUIAMBAO's wages in the amount of $75.00 per pay period;

//

//

//

1  IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on
2  wages in the amount of $75.00 per pay period of ANDREW K. QUIAMBAO, Social Security
3  Number XXX-XX-2101, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT FOR THE NMI**

and mailed to:

> U.S. District Court for the
>   Northern Mariana Islands
> 2nd Floor, Horiguchi Building
> Garapan
> P.O. Box 500687
> Saipan, MP 96950

with a reference to court number **CR 04-00002** to ensure his account is properly credited.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Feb 13, 2008**