**QUIAMBAO_A.svc**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00060 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ANDREW K. QUIAMBAO, | |
| Defendant, | |
| HORIZON PROPERTIES INC., | |
| Garnishee. | |

I hereby certify that a filed or electronically filed copy of the following documents: **Stipulated Motion for Writ of Continuing Garnishment Motion to Terminate** and **Writ of Continuing Garnishment** were sent to Defendant and garnishee by mail on **February 14, 2008**.

DATED this 19th day of February, 2008.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and the NMI

                              By:   /s/ Mikel W. Schwab
                                              MIKEL W. SCHWAB
                                              Assistant U.S. Attorney
                                              mikel.schwab@usdoj.gov
                                              JESSICA F. CRUZ
                                              Assistant U.S. Attorney
                                              Jessica.F.Cruz@usdoj.gov