**QUIAMBAO_A.ter**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00060 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| ANDREW K. QUIAMBAO, ) | |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| HORIZON PROPERTIES, INC., ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

On or about February 13, 2008, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about June 6, 2008, our office was informed by Defendant ANDREW K. QUIAMBAO's U.S. Probation Officer, that his

//

//

//

//

flu/mp

employment terminated on May 31, 2008.  Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant ANDREW K. QUIAMBAO with garnishee Horizon Properties, Inc.

DATED this 28th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov