**QUIAMBAO_A.facg**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00060 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINAL ACCOUNTING UPON** |
| ) | **TERMINATION OF GARNISHMENT** |
| ANDREW K. QUIAMBAO, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: Horizon Properties, Inc.
    Attn: Payroll
    339 Chalan San Antonio, Suite 101
    Tamuning, Guam 96913

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about February 13, 2008, $450.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

flu/mp

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DATED this 28th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov

**PAYMENTS**

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|
| 2004A73328/001 | Quiambao, Andrew K. | 6B | CR-04-00002 | 04 | $0.00 | 09/05/2008 | $605,505.05 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | 10/12/2004 | CL | A | QUIAMBAO, ANDREW | | | | 11/07/2004 | $75.00 |
| 0006 | PMNT | 12/07/2004 | CL | A | QUIAMBAO, ANDREW | | | | 01/22/2005 | $25.00 |
| 0007 | PMNT | 03/08/2005 | CL | A | QUIAMBAO, ANDREW | | 14412780 | 163 05-062 | 04/12/2005 | $31.85 |
| 0010 | PMNT | 04/11/2005 | CL | A | QUIAMBAO, ANDREW | | 7282-7287 | 163 05-072 | 05/10/2005 | $38.29 |
| 0013 | PMNT | 05/09/2005 | CL | A | QUIAMBAO, ANDREW | | 7324-7327 | 163 05-082 | 06/03/2005 | $34.50 |
| 0016 | PMNT | 06/13/2005 | CL | A | QUIAMBAO, ANDREW | | 7392-7402 | 163 05-092 | 07/05/2005 | $37.26 |
| 0021 | PMNT | 07/14/2005 | CL | A | QUIAMBAO, ANDREW | | 7460-7462 | 163 05-102 | 08/04/2005 | $55.37 |
| 0025 | PMNT | 08/09/2005 | CL | A | QUIAMBAO, ANDREW | | 7528-7530 | 163 05-112 | 09/09/2005 | $52.18 |
| 0031 | PMNT | 09/09/2005 | CL | A | QUIAMBAO, ANDREW | | 7581-7590 | 163 05-122 | 10/07/2005 | $58.65 |
| 0035 | PMNT | 10/11/2005 | CL | A | QUIAMBAO, ANDREW | | 7656-7659 | 163 06-012 | 11/09/2005 | $55.46 |
| 0038 | PMNT | 11/21/2005 | CL | A | QUIAMBAO, ANDREW | | 7710-7712 | 163 06-022 | 12/06/2005 | $52.36 |
| 0048 | PMNT | 12/12/2005 | CL | A | QUIAMBAO, ANDREW | | 7777-7788 | 163 06-032 | 01/06/2006 | $55.90 |
| 0055 | PMNT | 02/13/2006 | CL | A | QUIAMBAO, ANDREW | | 7880 | 163 06-051 | 03/27/2006 | $25.00 |
| 0058 | PMNT | 03/13/2006 | CL | A | QUIAMBAO, ANDREW | | 7947-7957 | 163 06-061 | 04/06/2006 | $25.00 |
| 0061 | PMNT | 06/12/2006 | CB | A | QUIAMBAO, ANDREW | | | 163 06-091 | 07/06/2006 | $25.00 |
| 0083 | PMNT | 09/13/2006 | CB | A | QUIAMBAO, ANDREW | | | 163 06-121 | 10/09/2006 | $25.00 |
| 0105 | PMNT | 04/19/2007 | CL | A | 08625 | | 92520891246 | | 04/20/2007 | $180.00 |
| 0114 | PMNT | 06/04/2007 | CL | A | 08688 | | 92521029780 | | 06/05/2007 | $150.00 |
| 0133 | PMNT | 07/30/2007 | GC | H | 08786 | | 1001 | | 07/30/2007 | $150.00 |
| 0136 | PMNT | 07/30/2007 | GC | H | 08787 | | 1002 | | 07/30/2007 | $150.00 |
| 000184 | PMNT | 12/28/2007 | CL | A | 0033541@Guam Court | | CASH | | 12/31/2007 | $150.00 |
| 000206 | PMNT | 02/04/2008 | CL | A | 09123 | | 93445824150 | | 02/04/2008 | $150.00 |
| 000231 | PMNT | 03/06/2008 | GC | H | MPX100000010 | | | | 04/11/2008 | $75.00 |
| 000237 | PMNT | 03/13/2008 | GC | H | MPX100000021 | | | | 04/11/2008 | $75.00 |
| 000249 | PMNT | 03/28/2008 | GC | H | MPX100000044 | | | | 04/11/2008 | $75.00 |
| 000255 | PMNT | 04/15/2008 | GC | H | MPX100000080 | | | | 05/05/2008 | $75.00 |
| 000267 | PMNT | 04/24/2008 | GC | H | MPX100000093 | | | | 05/05/2008 | $75.00 |
| 000273 | PMNT | 05/07/2008 | GC | H | MPX100000119 | | | | 05/27/2008 | $75.00 |

| CDCS NBR | 2004A73328/001 | Name | Quiambao, Andrew K. | Collect Type | 6B | Court Nbr | CR-04-00002 | Priority Code | 04 | Scheduled Payment Amount | $0.00 | Scheduled Payment Date | | Current Liability | $605,505.05 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000305 | PMNT | 06/10/2008 | CL | A | MPX100000179 | | | | 06/27/2008 | $150.00 |
| Total | | | | | | | | | | $2,201.82 |