**QUIAMBAO_A.terSvc**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00060 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ANDREW K. QUIAMBAO, ) | |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| HORIZON PROPERTIES, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

    I hereby certify that on August 29, 2008, I electronically filed **Motion to Terminate Writ of Continuing Garnishment** and on September 5, 2008, I electronically filed **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system.

//

//

//

//

| | |
|---|---|
| 1 | A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, |
| 2 | **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final** |
| 3 | **Accounting Upon Termination of Garnishment** were sent to the defendant, ANDREW K. |
| 4 | QUIAMBAO and garnishee, Retirement Fund, Government of Guam by mail on **September 5,** |
| 5 | **2008**. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 9/8/08      By:   /s/ Mikel W. Schwab
                         MIKEL W. SCHWAB
                         Assistant U.S. Attorney
                         mikel.schwab@usdoj.gov
                         JESSICA F. CRUZ
                         Assistant U.S. Attorney
                         Jessica.F.Cruz@usdoj.gov